LAW OFFICES OF

SNITOW KANFER & HOLTZER, LLP

575 LEXINGTON AVENUE, SUITE 1400

NEW YORK, NEW YORK 10022-6102

TELEPHONE: (212) 317-8500
FACSIMILE: (212) 317-1308
WWW.SKHLLP.COM

FRANKLYN H. SNITOW
STEWART J. EPSTEIN
MARK M. HOLTZER
KENNETH A. KANFER
DANIEL I. KAMINETSKY
ALISON M. TRAINOR
VIRGINIA K. TRUNKES
ALAN V. KLEIN
ELLIOT J. ROSNER
GARY S. SNITOW

January 7, 2014

VIA ECF FILING

Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Rivka Stein, *Pro Se* v. World Wide Plumbing Supply Inc., et al.
13-CV-6795 (BMC) (JO)

Dear Judge Cogan:

We represent defendants (i) World-Wide Plumbing Supply Inc., (ii) Chaim Lefkowitz, and (iii) Suri Lefkowitz in this RICO-based civil action. Our notice of appearance has been duly filed. It is respectfully requested that the time for said defendants to respond to the Complaint in this action be extended to and including January 31, 2014. Defendants waive any jurisdictional defenses based on service of process. We have communicated with *pro se* plaintiff, Rivka Stein, concerning the foregoing, and Ms. Stein consents to our request. There has been no prior application for an extension.

Accordingly, we respectfully request that the time for defendants World-Wide Plumbing Supply Inc., Chaim Lefkowitz, and Suri Lefkowitz, to respond to the Complaint in this action be extended to and including January 31, 2014. Thank you for your consideration.

Respectfully submitted,

SNITOW KANFER & HOLTZER, LLP

Franklyn H. Snitow

cc: Rivka Stein, *Pro Se*
(via e-mail and regular mail)
Jeffrey R. Berke, Esq. (via ECF)