SNITOW KANFER & HOLTZER, LLP
575 Lexington Avenue, 14th Floor
New York, New York 10022-6102
(212) 317-8500
Attorneys for Defendants World-Wide
Plumbing Supply Inc., Chaim Lefkowitz,
and Suri Lefkowitz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVKA STEIN,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WIDE PLUMBING SUPPLY INCORPORATED, MOSHE WEISS a/k/a MOSES WEISS a/k/a MOSHE WEISZ, YOEL WEISS a/k/a JOEL WEISS a/k/a DAVID WEISS a/k/a DAVID STERN a/k/a JOE WEISS, PEARL WEISS, CHAIM LEFKOWITZ, SURI LEFKOWITZ a/k/a SARAH WEISS LEFKOWITZ, GEDALIA DANIEL KATZ a/k/a DANIEL KATZ, BARUCH WEISS, SIRKI EHRMAN a/k/a SIRKA WEISS EHRMAN, RUCHIE WEISS a/k/a RACHEL GOLDA WEISS, ABRAHAM BERGER a/k/a ABE BERGER, BURTOLUCCI'S CATERING CORP., and JOHN DOE #1 through #30, WIZTEL USA INC.,<br><br>Defendants. | 13-CV-6795 (BMC) (JO)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that Snitow Kanfer & Holtzer, LLP hereby appears on behalf of defendants WORLD-WIDE PLUMBING SUPPLY INC., CHAIM LEFKOWITZ,

and SURI LEFKOWITZ, and requests that all papers be served at the office address set forth below.

Dated: New York, New York
January 8, 2014

SNITOW KANFER
& HOLTZER, LLP

By: [signature]
ELLIOT J. ROSNER

575 Lexington Avenue, 14th Floor
New York, New York 10022-6102
(212) 317-8500
Email: erosner@skhllp.com
Attorneys for Defendants
World-Wide Plumbing Supply Inc.,
Chaim Lefkowitz, and Suri Lefkowitz

TO: RIVKA STEIN, *Pro Se*
1689 48th Street
Brooklyn, New York 11219
(347) 930-8292
Email: rivkyweiss1@gmail.com
Plaintiff *Pro Se*

JEFFREY R. BERKE, ESQ.
BERKE & BERKE
90 Park Avenue, 18th Floor
New York, New York 10016
(212) 888-8787
Email: jrberke@aol.com
Attorneys for Defendant Yoel Weiss

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2014, the foregoing Notice of Appearance was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

RIVKA STEIN, *Pro Se*
1689 48th Street
Brooklyn, New York 11219
Plaintiff *Pro Se*

JEFFREY R. BERKE, ESQ.
BERKE & BERKE
90 Park Avenue, 18th Floor
New York, New York 10016
Attorneys for Defendant Yoel Weiss

Elliot J. Rosner

SNITOW KANFER & HOLTZER, LLP
575 Lexington Avenue, 14th Floor
New York, New York 10022-6102
(212) 317-8500
Attorneys for Defendants
World-Wide Plumbing Supply Inc.,
Chaim Lefkowitz, and Suri Lefkowitz