Baruch Weiss
3000 Bathurst Street, Unit #1008
Toronto, ONT M6B 3E4
Canada
(416) 878-8838

February 9, 2015

ORIGINAL

Honorable J. Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Rivka Stein v. World Wide Plumbing Supply, Inc., et al
Case No.: 13-CV-6795 (BMC) (JO)

Dear Judge Cogan:

I am writing to you because you gave me permission to do this in your Order dated February 6, 2015. I am supplementing my earlier request to dismiss the two Counts against me in this case.

There are two Counts against me Count Four - enticement to slavery and Count Five - forced labor. It is easier to see that Count Five must be dismissed, so I will talk about that one first.

Count Five (paragraphs 177-186 of the Amended Complaint)

In plaintiff's amended complaint, she clearly states that I never forced her to work. She says she was forced to work everywhere EXCEPT in Canada. See paragraph 179(a), below:

"179. Such labor included, but is not limited to,
(a) Plaintiff was forced by defendants Chaim and Suri Lefkowitz, and defendant Yoel Weiss, acting in concert with the other Defendants, to act-- by her presence-- as a monitor over the workers employed at the Residence/Warehouse. **Plaintiff was forced to do so for over sixteen hours per day from July 2008 through June 2012, except for the two months Plaintiff was confined in Toronto, Canada.** Plaintiff was never paid for any of her forced labor."

Plaintiff does not mention my name in paragraph 179 or say which other defendants were there, but since I was always living in Canada, it could not include me. Based on the plaintiff's own words that she was working EXCEPT while in Canada, it is impossible for me to be guilty of forced labor. Count Five should be dismissed.

Paragraph 179 is contradicted by paragraph 178 which states in general terms that other

defendants and I obtained plaintiff's labor by force and threats. Since she did not work in Canada, I am off the hook.

Paragraph 179 which has five subparagraphs does not even mention my name anywhere.

In 179(e):

"Upon information and belief, defendants Yoel Weiss, Pearl Weiss, Ruchie Weiss, and Moshe Weiss arranged for Plaintiff to work at the school so that they could confiscate her salary and use it to fund the expenses of the illicit fencing operation. According to plan, these defendants did so. Plaintiff received sixty dollars per day from the school. After Plaintiffs salary check was deposited in her bank account, defendant Yoel Weiss forced Plaintiff through a variety of threats to issue checks to him in the full amount of her salary. All of Plaintiffs earnings were confiscated by defendant Yoel Weiss."

This contradicts her statement that she never got paid. Here she got paid, but only Yoel Weiss took the money from her. See Exhibit 1 to this letter, which is plaintiff's TD Bank statement from September 2011 to June 2012 showing that no money was taken out at all.

What plaintiff states is that I had intended to force her to work. I find it hard to believe that she can know what my intentions were. If we take the plaintiff's paragraph 179(a) claim, the next paragraphs (b), (c), (d) and (e) make no sense, because if she worked for 16 hours a day in the Residence/Warehouse. But she states she only lived there until January, 2011. In paragraph 179(b) she claims she worked in a pizzeria on 39th Street. That contradicts 179(a) where she claims she worked in the Residence/Warehouse at 27th Street.

In 179(a) she claims she worked in a restaurant called Bertolucci's on Coney Island Avenue. In para 170(e) she claims that she works with a part time disabled student at an elementary school in Brooklyn making $60/day from September 2011 until June 2012.

All this time there are hundreds of people seeing me living in Toronto, Canada having no interaction with her or with my brother on a daily basis.

In 179(e) she claims we took her money and beat her as soon as she got it. Look at her bank account. The money got deposited in her account and we pulled it out on a weekly basis. But she made no withdrawals. She is claiming we are running a multi-million dollar enterprise and need her lousy $60 a day. She is concocting a frivolous lawsuit. It is very clear that the plaintiff is trying to use the Court to extort money, rob my brother of his children and she is trying to cover up the fact that she had thoughts of killing her children.

She says she never worked in Canada. She says she worked for 16 hours a day in one house. from July, 2008 until June, 2012. See paragraph 179(a). Then in the same statement and **during the same time** she says we got her a job and she worked in different places.

The rest of the paragraphs in Count Five are all conclusions, stated in generalities and

referring to specific sections of law. They do not allege dates, times, places and acts against me, which can be used to create any liability.

Count Four (paragraphs 167-176 of the Amended Complaint)

Plaintiff claims on information and belief that threats were made to her. That is absurd. She should know what threats were made to her. She claims in paragraph 168 that she was forced to work without compensation at the Residence/Warehouse, Pizzeria, Bertolucci's, and elementary school. See below:

"168. Upon information and belief, defendants Yoel Weiss, Moshe Weiss, Pearl Weiss, Ruchie Weiss, Chaim Lefkowitz, Suri Lefkowitz, and Burtolucci's, acting individually and in concert with one another, enticed, persuaded, and induced Plaintiff into the religious union, induced and/or forced Plaintiff to labor without compensation at the Residence/Warehouse, pizzeria, Bertolucci's, and elementary school, with the intent that Plaintiff would be placed in a condition of slavery, to wit, held against her will, and forced to work without compensation."

Plaintiff does not include me in paragraph 168 since I was living in Canada. Since I am not named there, it can not be a basis for any claim against me.

There is not a single date or place alleged in the entire Count Four. Such basic information must be required for a valid case.

On a technical matter, I was told that 18 USC 1596 gives effect to claims outside the United States, except claims under 18 USC 1595. There is no private claim for enticement to slavery - the Count Four against me. So not only are the facts even as claimed by plaintiff against her, but the law is against her also.

This whole case was concocted by Uziel Frankel. This was shown in papers filed with this Court by my brother's attorney on January 12, 2015 when requested to show the connection between this case and the divorce action between the plaintiff and my brother.

In my brother's affirmation dated July 31, 2014, which was filed with this Court on January 12, 2015, as Exhibit 5 - Opposition to Order to Show Cause, my brother stated:

"9. Mr. Frankel, whom the plaintiff falsely claims to be a rabbi, has been manipulated this outrageous conduct from the beginning. Mr. Frankel has instigated frivolous and vexations matrimonial and RICO litigations, long before Rivky's frivolous case against me in this Court and in the Federal Court. Recognizing the plaintiff's excellent acting ability to cry at will, he has attempted to extort money and blackmail many people, including me and my family. I believe the original RICO complaint was ghost written by him, and sought $480 million dollars."

He continued:

"Uziel Frankel

64. Uziel Frankel is paying the plaintiff's legal fees. His name and address are on the retainer agreement. She clearly lacks the funds to do so. He told me that on February 27, 2014 the plaintiff is being backed by very wealthy Jews who have unlimited money. I got a call from Rabbi Lev stating that Rivki's brother Ezra said she would like to settle this by a Jewish mediator or by a Beth Din.

65. Rabbi Lev called me about February 15, 2014 that plaintiff's brother is reaching out and wants to resolve this case outside of court. A few days later Uziel Frankel went to the Rabbi's house, whom he knew, and offered to mediate the problem. I got a call and he gave me Uziel Frankel's telephone number, 718-440-7962. Trusting my Rabbi, I called Mr. Frankel. He told me that he went through a similar ordeal and was locked in prison in Israel, he understands what I am going through; the men are always right; how should he reach out to Mrs. Stein. He asked me for all the information I had on my case so that he could help me. I told him that since she wants to look for a mediator, he should contact the mediator and give him all the information. He asked me for her number, which I gave him. Frankel called me back a few days later stating that he spoke to the plaintiff. She told him she is in Federal Court and she does not need any help; that her brother is the one who contacted Rabbi Lev. Her brother, Ezra Stein, from Israel contacted Uziel Frankel stating he would like to resolve the issue, but her sister wanted millions of dollars to resolve the issue. I told him that there is no money, so he told me that he wants to meet me in person. My father passed away on March 6, 2014. During Shiva I got a call from Uziel Frankel saying that he wanted to meet me in person and did not want to discuss it over the phone. I agreed to meet him even though I was sitting Shiva. When I met him, he started trying to intimidate me and tell me that he spoke to the plaintiff and her brother and they have unlimited money. Uziel Frankel also said the plaintiff wants to put me in prison for 30 years so I better settle with them. I told him I am not worried. He said he has seen people like me before and when I am in prison they will throw me over the railing and kill me. I told him I am not worried about that and we went our separate ways. I met him outside 13th Avenue and 53rd Street in front of a shul called Shomer Shabbas.

66. On March 12, 2014 at 1:50 pm Uziel Frankel texted me saying that he wanted to meet me later that night. I asked him what the meeting was for. He told me that if you do not want to meet that's ok. I told him I do not understand why we cannot communicate by e-mail or text. Things go quicker. He wrote back that is not the way I do business. I asked him to explain why not, and if not, then I guess we are not for each other.

67. The next time I heard from Uziel Frankel was on the day plaintiff's lawyer sent in a copy of her net worth statement. It was on a Friday and I had an appointment with the children and Dr. Sophie Michelakou. My Uncle, **Judah Lefkowitz,** called me and said he got a phone call from a man called, Frankel, who said he is a mediator for the plaintiff and would like to settle the RICO complaint. He said neither I nor the plaintiff worked for him. Frankel said, but your lawyers' fees will be a lot. My uncle replied thank G-d I have money and would rather spend a million dollars defending myself than pay the plaintiff one cent for her frivolous lawsuit, and he hung up the phone. Frankel called back one more time and my uncle told him to please lose his number.

**[Judah Lefkowitz in that paragraph 67
above is the same defendant, Chaim Lefkowitz, in this case]**

68. When I was reviewing the plaintiff's Net Worth Statement I saw Frankel's name and address were on the retainer agreement. After a few phone calls, I quickly learned who Uziel Frankel is. On searching his name on Google, the first case I came upon was Martin Ungar, whose house, Uziel Frankel, stole resulting in litigation for six years in four or five different courts. See *Becher v. Feller,* 21 Misc.3d 1147(A). Uziel Frankel and his son, Julian Frankel and his associate, Jacob Feller of orchestrating a frivolous litigation with mock fake beth dins. Then I went down to Supreme Court and pulled all the cases where I realize that he has been doing this for the past 40 years.

69. On Passover when it was my time to be with the children, they told me that they slept in Mr. Frankel's house when plaintiff stated she was going to Monsey to be with her family for Passover. The plaintiff admitted in her deposition sleeping overnight in Uziel Frankel's house. Uziel Frankel did not give his wife a Get for twenty years. Her name is Madeline Frankel Rosenberg and now Madeline Eisner. Madeline Frankel she said Uziel Frankel is a vicious person, who will stop at nothing to destroy any human being.

70. There is a very well documented case where he continued filing frivolous motions and lawsuits in Supreme Court. "

Plaintiff's fancy lawyers in the divorce and in this case, all from the same law firm, know or should know, that this case is phony and designed to pressure my whole family and simply make money for them. They don't believe anything will happen to them for doing this disgraceful litigation with Frankel.

Respectfully submitted,

*Boruch Weiss*
Baruch Weiss

Exhibit 1 - Plaintiff's TD Bank Statements
Exhibit 2 - e-mails from plaintiff that she loves Canada

cc: All other defendants and their lawyers with exhibits

# EXHIBIT # 1



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jun 21 2011-Jul 20 2011 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

## SUMMER READING FUN!

SUMMER IS A GREAT TIME FOR YOUR KIDS TO READ. AND, IT CAN EARN THEM SOME MONEY, TOO!
AS PART OF TD BANK'S SUMMER READING PROGRAM GOING ON THROUGH SEPTEMBER 30, WE'LL
DEPOSIT $10 INTO A NEW OR EXISTING YOUNG SAVER ACCOUNT WHEN YOUR CHILD READS 10
BOOKS OVER THE SUMMER. IT'S THAT EASY!  FOR ALL THE DETAILS, VISIT A STORE NEAR YOU OR
CONNECT TO WWW.TDBANK.COM/SUMMERREADING.

### TD Convenience Checking
RIVKA B STEIN

Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 640.96 | Average Collected Balance | 772.15 |
| Deposits | 450.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 63.76 | | |
| Other Withdrawals | 300.00 | | |
| Ending Balance | 727.20 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/5 | DEPOSIT | | 450.00 |
| | | Subtotal: | 450.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 7/18 | ATM DEBIT PROPRIETARY | | 20.00 |
| | AUT 071811 DDA WITHDRAW | | |
| | 4526 13TH AVENUE      BOROUGH PARK * NY | | |
| | *****45021394651 | | |
| 7/19 | DEBIT POS | | 10.33 |
| | AUT 071911 DDA PURCHASE | | |
| | DUANE READE      BROOKLYN   * NY | | |
| | *****45021394651 | | |
| 7/20 | DEBIT CARD PURCHASE | | 20.95 |
| | AUT 072011 VISA DDA PUR | | |
| | WHOOPI      BROOKLYN   * NY | | |
| | *****45021394651 | | |
| 7/20 | DEBIT CARD PURCHASE | | 12.48 |
| | AUT 072011 VISA DDA PUR | | |
| | THE HEALTHY SHOPPE      BROOKLYN   * NY | | |
| | *****45021394651 | | |
| | | Subtotal: | 63.76 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Aug 21 2011-Sep 20 2011 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

**TD Convenience Checking**
RIVKA B STEIN

Account # 426-0964428

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 757.20 | Average Collected Balance | 442.93 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 392.35 | Days in Period | 31 |
| Ending Balance | 364.85 | | |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 8/23 | TD ATM DEBIT<br>AUT 082311 DDA WITHDRAW<br>4526 13TH AVENUE     BOROUGH PARK * NY<br>*****45021394651 | | 200.00 |
| 8/23 | DEBIT CARD PURCHASE<br>AUT 082311 VISA DDA PUR<br>NU CAFE 47     BROOKLYN     * NY<br>*****45021394651 | | 21.99 |
| 8/23 | DEBIT CARD PURCHASE<br>AUT 082311 VISA DDA PUR<br>THE HEALTHY SHOPPE     BROOKLYN     * NY<br>*****45021394651 | | 12.98 |
| 8/26 | DEBIT CARD PURCHASE<br>AUT 082611 VISA DDA PUR<br>YOSSI S SWEET HOUSE     BROOKLYN     * NY<br>*****45021394651 | | 9.75 |
| 9/2 | DEBIT CARD PURCHASE<br>AUT 090211 VISA DDA PUR<br>NYC DEPT OF EDUCATION     BROOKLYN     * NY<br>*****45021394651 | | 115.00 |
| 9/6 | DEBIT POS<br>AUT 090611 DDA PURCHASE<br>NST SEARS ROEBUCK 131     BROOKLYN     * NY<br>*****45021394651 | | 32.63 |
| | | Subtotal: | 392.35 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 8/20 | 757.20 | 9/2 | 397.48 |
| 8/23 | 522.23 | 9/6 | 364.85 |
| 8/26 | 512.48 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Sep 21 2011-Oct 20 2011 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

### SAVE MONEY, SAVE TIME, SAVE AUTOMATICALLY!

SAVING IS HASSLE-FREE WHEN YOU SET UP AUTOMATIC TRANSFERS FROM YOUR TD BANK
CHECKING ACCOUNT TO YOUR TD BANK SAVINGS ACCOUNT. WATCH YOUR SAVINGS ADD UP FOR
RAINY DAYS, SUNNY DAYS AND EVERY DAY IN BETWEEN. CONNECT TO
WWW.TDBANK.COM/ONLINEBANKING. WHEN LOGGED IN, CLICK THE TRANSFERS TAB AND
SCHEDULE FUTURE TRANSFERS TO SAVE AT YOUR OWN PACE. TO OPEN A CHECKING OR SAVINGS
ACCOUNT, VISIT YOUR NEAREST STORE.

### TD Convenience Checking
RIVKA B STEIN                                                           Account # 426-0964428

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 364.85 | Average Collected Balance | 456.51 |
| Deposits | 110.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Ending Balance | 474.85 | | |

---

**DAILY ACCOUNT ACTIVITY**

Deposits

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 9/26 | DEPOSIT | | 110.00 |
| | | Subtotal: | 110.00 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE |
|---|---|
| 9/20 | 364.85 |
| 9/26 | 474.85 |

---

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED          ©          WWW.TDBANK.COM          



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Oct 21 2011-Nov 20 2011 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

### HOLIDAY SHOPPING SIMPLIFIED!

GIVE THE TD BANK VISA GIFT CARD THIS HOLIDAY SEASON. YOU CHOOSE THE AMOUNT AND THEY CHOOSE WHERE TO USE IT. AVAILABLE FROM $25-$750 AND ELEGANTLY GIFT-BOXED WITH A CARD. NO PURCHASE FEE FOR CUSTOMERS. VISIT YOUR NEAREST TD BANK OR CALL 1-888-751-9000 FOR DETAILS AND TO GET YOUR GIFT CARDS TODAY!

**TD Convenience Checking**
RIVKA B STEIN                                                       Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 474.85 | Average Collected Balance | 732.94 |
| Deposits | 450.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 80.50 | | |
| Electronic Payments | 133.65 | | |
| Ending Balance | 710.70 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 10/25 | DEPOSIT | | 250.00 |
| 11/7 | DEPOSIT | | 200.00 |
| | | Subtotal: | 450.00 |

**Checks Paid**  No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 11/14 | 99 | 80.50 | |
| | | Subtotal: | 80.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 11/3 | DEBIT CARD PURCHASE | | 28.18 |
| | AUT 110311 VISA DDA PUR | | |
| | SNAPFISH          415 978 3908 * CA | | |
| | *****45021394651 | | |
| 11/14 | DEBIT CARD PURCHASE | | 40.44 |
| | AUT 111411 VISA DDA PUR | | |
| | ABABY COM          718 633 3760 * NY | | |
| | *****45021394651 | | |
| 11/18 | DEBIT CARD PURCHASE | | 48.97 |
| | AUT 111811 VISA DDA PUR | | |
| | 14TH AVE HARDWARE     BROOKLYN   * NY | | |
| | *****45021394651 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

 

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 21 2011-Dec 20 2011 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

**HOLIDAY SHOPPING SIMPLIFIED!**

GIVE THE TD BANK VISA GIFT CARD THIS HOLIDAY SEASON. YOU CHOOSE THE AMOUNT AND THEY
CHOOSE WHERE TO USE IT. AVAILABLE FROM $25-$750 AND ELEGANTLY GIFT-BOXED WITH A CARD.
NO PURCHASE FEE FOR CUSTOMERS. VISIT YOUR NEAREST TD BANK OR CALL 1-888-751-9000 FOR
DETAILS AND TO GET YOUR GIFT CARDS TODAY!

**TD Convenience Checking**
RIVKA B STEIN

Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 710.70 | Average Collected Balance | 859.34 |
| Deposits | 420.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 440.59 | | |
| Ending Balance | 690.11 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/1 | DEPOSIT | | 420.00 |
| | | Subtotal: | 420.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/5 | DEBIT CARD PURCHASE | | 33.75 |
| | AUT 120511 VISA DDA PUR | | |
| | HENRY S CLEANERS       BROOKLYN    * NY | | |
| | *****45021394651 | | |
| 12/12 | TD ATM DEBIT | | 200.00 |
| | AUT 121211 DDA WITHDRAW | | |
| | 4526 13TH AVENUE       BOROUGH PARK * NY | | |
| | *****45021394651 | | |
| 12/13 | DEBIT CARD PURCHASE | | 32.64 |
| | AUT 121311 VISA DDA PUR | | |
| | L IDEALE GIFT AND VARI    BROOKLYN    * NY | | |
| | *****45021394651 | | |
| 12/14 | DEBIT CARD PURCHASE | | 174.20 |
| | AUT 121411 VISA DDA PUR | | |
| | VINTAGE DECOR          BROOKLYN    * NY | | |
| | *****45021394651 | | |
| | | Subtotal: | 440.59 |

Call 1-800-YES-2000 for 24-hour Direct Banking service





**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Dec 21 2011-Jan 20 2012 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

## START THE NEW YEAR OFF CLUTTER FREE!

SIGN UP FOR FREE ONLINE BANKING AND SWITCH TO ONLINE STATEMENTS FOR A SIMPLE,
SECURE AND ENVIRONMENTALLY-FRIENDLY ALTERNATIVE TO PAPER STATEMENTS. AVAILABLE
FOR ALL CHECKING, SAVINGS AND MONEY MARKET ACCOUNTS. PLUS, SAVE $1 ON YOUR MONTHLY
MAINTENANCE FEE! FOR DETAILS AND TO SIGN UP, CONNECT TO WWW.TDBANK.COM/GO-ONLINE.

### TD Convenience Checking

RIVKA B STEIN

Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 690.11 | Average Collected Balance | 1,923.59 |
| Deposits | 2,436.77 | Annual Percentage Yield Earned | 0.00% |
| Other Credits | 0.00 | Days in Period | 31 |
| Electronic Payments | 500.44 | | |
| Other Withdrawals | 0.00 | | |
| Ending Balance | 2,626.44 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/4 | DEPOSIT | | 2,436.77 |
| | | Subtotal: | 2,436.77 |

**Other Credits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 12/30 | ZERO DOLLAR CR | | 0.00 |
| | ADP TX/FINCL SVC PAYROLL   BP****544390EY2 | | |
| | | Subtotal: | 0.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/18 | DEBIT CARD PURCHASE | | 174.91 |
| | AUT 011812 VISA DDA PUR | | |
| | K R M CORP        BROOKLYN    * NY | | |
| | *****45021394651 | | |
| 1/20 | DEBIT CARD PURCHASE | | 325.53 |
| | AUT 012012 VISA DDA PUR | | |
| | CHUCKIE S        BROOKLYN    * NY | | |
| | *****45021394651 | | |
| | | Subtotal: | 500.44 |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED              WWW.TDBANK.COM       

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

Page:                                    1 of 3
Statement Period:   Jan 21 2012-Feb 20 2012
Cust Ref #:         4260964428-630-T-###
Primary Account #:            426-0964428

## TD Convenience Checking
RIVKA B STEIN                                              Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,626.44 | Average Collected Balance | 3,305.13 |
| Electronic Deposits | 1,689.22 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Electronic Payments | 362.98 | | |
| Other Withdrawals | 0.00 | | |
| Ending Balance | 3,952.68 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/31 | ACH DEPOSIT | | 1,069.98 |
| | FEIGI TAUB HALBE DIRECT DEP ****35522231EY2 | | |
| 2/15 | ACH DEPOSIT | | 619.24 |
| | FEIGI TAUB HALBE DIRECT DEP ****20983516EY2 | | |
| | | Subtotal: | 1,689.22 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 1/23 | DEBIT CARD PURCHASE | | 50.00 |
| | AUT 012312 VISA DDA PUR | | |
| | ZICHRON SHLOME REFUAH FU   BROOKLYN     * NY | | |
| | ****45021394651 | | |
| 1/27 | DEBIT CARD PURCHASE | | 35.00 |
| | AUT 012712 VISA DDA PUR | | |
| | BRENDA S          BROOKLYN     * NY | | |
| | ****45021394651 | | |
| 1/27 | DEBIT CARD PURCHASE | | 20.98 |
| | AUT 012712 VISA DDA PUR | | |
| | JONSIMPORTS        7149266456   * CA | | |
| | ****45021394651 | | |
| 2/1 | TD ATM DEBIT | | 20.00 |
| | AUT 020112 DDA WITHDRAW | | |
| | 4526 13TH AVENUE          BOROUGH PARK  * NY | | |
| | ****45021394651 | | |
| 2/2 | DEBIT CARD PURCHASE | | 30.00 |
| | AUT 020212 VISA DDA PUR | | |
| | PRECIOUS STEPS         BROOKLYN     * NY | | |
| | ****45021394651 | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

BANK DEPOSITS FDIC INSURED                    WWW.TDBANK.COM          

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Feb 21 2012-Mar 20 2012 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

## TD Convenience Checking
RIVKA B STEIN

Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,952.68 | Average Collected Balance | 4,552.80 |
| Deposits | 450.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 1,220.39 | Days in Period | 29 |
| | | | |
| Electronic Payments | 543.38 | | |
| Ending Balance | 5,079.69 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/12 | DEPOSIT | | 450.00 |
| | | Subtotal: | 450.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 2/29 | ACH DEPOSIT | | 560.59 |
| | FEIGI TAUB HALBE DIRECT DEP ****40948599EY2 | | |
| 3/15 | ACH DEPOSIT | | 659.80 |
| | FEIGI TAUB HALBE DIRECT DEP ****37214114EY2 | | |
| | | Subtotal: | 1,220.39 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | SERIAL NO. | AMOUNT |
|---|---|---|---|
| 3/2 | DEBIT CARD PURCHASE | | 50.00 |
| | AUT 030212 VISA DDA PUR | | |
| | ANN TAYLOR 1086    NEW YORK    * NY | | |
| | *****45021394651 | | |
| 3/5 | TD ATM DEBIT | | 40.00 |
| | AUT 030512 DDA WITHDRAW | | |
| | 4526 13TH AVENUE    BOROUGH PARK * NY | | |
| | *****45021394651 | | |
| 3/12 | NONTD ATM DEBIT | | 21.75 |
| | AUT 031212 DDA WITHDRAW | | |
| | 4401 FT HAMILTON PKWAY   BROOKLYN    * NY | | |
| | *****45021394651 | | |
| 3/12 | NONTD ATM FEE | | 2.00 |
| | NONTD ATM FEE | | |

Call 1-800-YES-2000 for 24-hour Direct Banking service

 

**TD Bank**
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Mar 21 2012-Apr 20 2012 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

## MAKING A GREENER STATEMENT!
YOU MAY NOTICE A SLIGHT DIFFERENCE TO YOUR STATEMENT THESE DAYS. AS PART OF OUR ONGOING
COMMITMENT TO THE ENVIRONMENT, WE ARE ALWAYS LOOKING FOR WAYS TO REDUCE PAPER USE WHILE STILL
PROVIDING YOU WITH ALL THE DETAILS OF YOUR ACCOUNT. WITH A FEW SIMPLE SPACING ADJUSTMENTS WE
HOPE TO SAVE ABOUT 32 MILLION SHEETS OF STATEMENT PAPER EACH YEAR! THERE'S NO CHANGE TO YOUR
INFORMATION...ONLY TO A GREENER LANDSCAPE!

### TD Convenience Checking
RIVKA B STEIN                                                     Account # 426-0964428

## ORDERING CHECKS IS HASSLE-FREE, SAFE & CONVENIENT!
CHECK US OUT WHEN IT'S TIME TO ORDER CHECKS! WE OFFER A WIDE SELECTION OF STYLES - PLUS ADDRESS
LABELS, CHECKBOOK COVERS AND MUCH MORE. LOTS OF OPTIONS TO SUIT YOUR PERSONAL TASTES AND
BUDGET. ORDER CHECKS ONLINE, BY PHONE OR IN PERSON AT ANY TD BANK, WHICHEVER WAY IS MOST
CONVENIENT FOR YOU. LEARN MORE AT WWW.TDBANK.COM/GETMORE OR CALL 1-888-751-9000 AND ORDER
YOUR CHECKS TODAY!

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,079.69 | Average Collected Balance | 5,812.24 |
| Deposits | 767.78 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 1,053.97 | Days in Period | 31 |
| Electronic Payments | 256.71 | | |
| Ending Balance | 6,644.73 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/5 | DEPOSIT | 767.78 |
| | Subtotal: | 767.78 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/30 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****21878040EY2 | 554.69 |
| 4/13 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****37753894EY2 | 499.28 |
| | Subtotal: | 1,053.97 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/22 | DEBIT CARD PURCHASE, *****45021394651, AUT 032212 VISA DDA PUR TINY TOWN CHILDRENS WE    BROOKLYN    * NY | 68.56 |
| 3/23 | DEBIT CARD PURCHASE, *****45021394651, AUT 032312 VISA DDA PUR TINY TOWN CHILDRENS WE    BROOKLYN    * NY | 33.00 |
| 3/23 | DEBIT CARD PURCHASE, *****45021394651, AUT 032312 VISA DDA PUR HENRY S CLEANERS    BROOKLYN    * NY | 22.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Apr 21 2012-May 20 2012 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

### TD Convenience Checking
RIVKA B STEIN

Account # 426-0964428

## ORDERING CHECKS IS HASSLE-FREE, SAFE & CONVENIENT!
CHECK US OUT WHEN IT'S TIME TO ORDER CHECKS! WE OFFER A WIDE SELECTION OF STYLES - PLUS ADDRESS
LABELS, CHECKBOOK COVERS AND MUCH MORE. LOTS OF OPTIONS TO SUIT YOUR PERSONAL TASTES AND
BUDGET. ORDER CHECKS ONLINE, BY PHONE OR IN PERSON AT ANY TD BANK, WHICHEVER WAY IS MOST
CONVENIENT FOR YOU. LEARN MORE AT WWW.TDBANK.COM/GETMORE OR CALL 1-888-751-9000 AND ORDER
YOUR CHECKS TODAY!

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,644.73 | Average Collected Balance | 7,481.17 |
| Deposits | 4,400.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 21,491.37 | Days in Period | 30 |
| Other Credits | 12,500.00 | | |
| | | | |
| Checks Paid | 16,927.03 | | |
| Electronic Payments | 7,483.60 | | |
| Other Withdrawals | 35.00 | | |
| Service Charges | 15.00 | | |
| Ending Balance | 20,575.47 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 5/8 | DEPOSIT | | 4,400.00 |
| | | Subtotal: | 4,400.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 4/30 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****22367843EY2 | | 659.80 |
| 5/9 | CCD DEPOSIT, AMAZON.COM RETAIL DIS Y6A3MZWWZIN1XYZ | | 10,216.52 |
| 5/15 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****36075006EY2 | | 253.45 |
| 5/16 | CCD DEPOSIT, AMAZON.COM RETAIL DIS JMNOIZ4COHHN7X3 | | 10,361.60 |
| | | Subtotal: | 21,491.37 |

**Other Credits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 5/14 | RETURNED ITEM | | 12,500.00 |
| | | Subtotal: | 12,500.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | May 21 2012-Jun 20 2012 |
| Cust Ref #: | 4260964428-630-T-### |
| Primary Account #: | 426-0964428 |

### SUMMER READING FUN!

SUMMER IS A GREAT TIME FOR YOUR KIDS TO READ, AND, IT CAN EARN THEM SOME MONEY, TOO! AS PART OF
TD BANK'S SUMMER READING PROGRAM GOING ON THROUGH SEPTEMBER 29, WE'LL DEPOSIT $10 INTO A NEW
OR EXISTING YOUNG SAVER ACCOUNT WHEN YOUR CHILD READS 10 BOOKS OVER THE SUMMER. IT'S THAT EASY!
FOR ALL THE DETAILS, VISIT A STORE NEAR YOU OR CONNECT TO WWW.TDBANK.COM/SUMMERREADING

### TD Convenience Checking
RIVKA B STEIN                                                                    Account # 426-0964428

---

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20,575.47 | Average Collected Balance | 5,393.95 |
| Deposits | 3,000.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 67,875.31 | Days in Period | 31 |
| | | | |
| Checks Paid | 32,581.60 | | |
| Electronic Payments | 36,212.55 | | |
| Other Withdrawals | 8,770.00 | | |
| Ending Balance | 13,886.63 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

---

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/21 | DEPOSIT | 3,000.00 |
| | Subtotal: | 3,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/23 | CCD DEPOSIT, AMAZON.COM RETAIL DIS W75PPFBX1XFLD5E | 12,565.84 |
| 5/30 | CCD DEPOSIT, AMAZON.COM RETAIL DIS SEO9VVPGYCR4ES8 | 15,143.49 |
| 5/31 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****38993496EY2 | 439.58 |
| 6/6 | CCD DEPOSIT, AMAZON.COM RETAIL DIS UX72H7A9P6GR8XW | 12,327.65 |
| 6/13 | CCD DEPOSIT, AMAZON.COM RETAIL DIS SNB05VO6XLZUVS7 | 12,567.63 |
| 6/15 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****14919483EY2 | 607.59 |
| 6/20 | CCD DEPOSIT, AMAZON.COM RETAIL DIS VT01YN3WH8LCCEP | 14,223.53 |
| | Subtotal: | 67,875.31 |

**Checks Paid     No. Checks: 6     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments**

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 6/1 | 102 | 10,000.00 | 6/11 | 104 | 10,000.00 |
| 6/5 | 103 | 1,632.00 | 6/7 | 105 | 970.00 |

---

### Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

T      STATEMENT OF ACCOUNT

RIVKA B STEIN
1689 48TH STREET
BROOKLYN NY 11204

| | | |
|---|---|---|
| Page: | | 1 of 3 |
| Statement Period: | Jun 21 2012-Jul 20 2012 | |
| Cust Ref #: | 4260964428-630-T-### | |
| Primary Account #: | 426-0964428 | |

### CONVENIENT ACCESS TO YOUR MONEY!
DID YOU KNOW YOU CAN MAKE A DEPOSIT UNTIL 8PM AT OUR STORES OR ATMS, MONDAY - FRIDAY, AND YOUR MONEY WILL USUALLY BE AVAILABLE THE NEXT BUSINESS DAY? JUST ANOTHER WAY WE'RE MAKING BANKING CONVENIENT FOR YOU! FOR QUESTIONS OR DETAILS, VISIT YOUR LOCAL TD BANK OR CALL US ANYTIME AT 1-888-751-9000.

## TD Convenience Checking
RIVKA B STEIN                                                            Account # 426-0964428

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,886.63 | Average Collected Balance | 2,487.77 |
| Electronic Deposits | 12,830.33 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 2,500.00 | | |
| Electronic Payments | 22,714.54 | | |
| Other Withdrawals | 600.00 | | |
| Ending Balance | 902.42 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY
**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/27 | CCD DEPOSIT, AMAZON.COM RETAIL DIS BYl1ORFQ0HYTGAV | 12,170.53 |
| 6/29 | ACH DEPOSIT, FEIGI TAUB HALBE DIRECT DEP ****23462910EY2 | 659.80 |
| | Subtotal: | 12,830.33 |

**Checks Paid**   No. Checks: 1        *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 6/21 | 110 | 2,500.00 |
| | Subtotal: | 2,500.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/21 | DEBIT CARD PURCHASE, *****45041779451, AUT 062112 VISA DDA PUR<br>SIBBLING        MIAMI BEACH  * FL | 120.00 |
| 6/22 | ELECTRONIC PMT-WEB<br>AMERICAN EXPRESS ELEC REMIT ****21061080551 | 7,500.00 |
| 6/25 | ACH DEBIT, CON ED OF NY INTELL CK ****82240307034 | 1,700.00 |
| 6/25 | NONTD ATM DEBIT, *****45041779451, AUT 062512 DDA WITHDRAW<br>4514 16TH AVE        BROOKLYN  * NY | 303.00 |
| 6/25 | NONTD ATM FEE | 2.00 |
| 6/27 | DEBIT CARD PURCHASE, *****45041779451, AUT 062712 VISA DDA PUR<br>HOSIERAMA        BROOKLYN  * NY | 27.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# EXHIBIT # 2

Case 1:13-cv-06795-BMC-JO   Document 65   Filed 02/10/15   Page 20 of 22 PageID #: 907



**Yoel Weiss <yoelsweiss@gmail.com>**

---

## Fwd: apartment asking for pics
1 message

---

**Rivky Weiss** <yoelsweiss@gmail.com>                              Fri, Jan 17, 2014 at 7:23 AM
To: smichelakou@aol.com, jrberke@aol.com, yoelsweiss@gmail.com

---

Begin forwarded message:

**From:** Rivky Weiss <rykiels@gmail.com>
**Subject: apartment**
**Date:** December 7, 2010 at 10:41:24 AM EST
**To:** baruchw@gmail.com

Hi good morning its me rivky stein just wanted to know if you can please email me pics of the
apartment when you get a chance, thanks a mill



Yoel Weiss <yoelsweiss@gmail.com>

---

**Fwd: Photo from Feb 5, 2011 a 2nd email**
1 message

**Rivky Weiss** <yoelsweiss@gmail.com>
To: smichelakou@aol.com, jrberke@aol.com, yoelsweiss@gmail.com

---

Begin forwarded message:

**From:** Rivky Weiss <rykiels@gmail.com>
**Subject: Re: Photo from Feb 5, 2011**
**Date:** February 14, 2011 at 11:25:16 AM EST
**To:** Sosha Rubin <skinnypickle20@yahoo com>

thanks uch i miss you sooooo much i loooooooove it here just thinking of brooklyn depresses me thaey have so many government funded things for kids like a community center : center of town yea i made one really good friend plus other friendly friends and i have myh sis n law n my kids have couzins to play with etc i looooooooooooove it here my cond On Feb 14, 2011, at 10:02 AM, Sosha Rubin wrote:

Oh that hat is amazing! How are you doing? I miss you! Send me pics of your house and your view out of your window. How is everything going? Did you make new friends? By the way your daughter is amazingly beautiful and she looks like such a mix
Call me when you got a chance

Sent from Yahoo! Mail on Android

---

**From:** Rivky Weiss <rykiels@gmail.com>;
**To:** < raezynachison@gmail.com>; <mochy2@gmail.com>; <mochy2@gmail.com>; <madonnas18@gmail.com>; <marknet123@gmail.com>; <ruchiegweiss@gmail.co <yavnechik@yahoo.com>; <sirkye@gmail.com>; <skinnypickle20@yahoo.com>; ezra s <ezra123@gmail.com>; <estyweber@yahoo.com>; Chumi West <eveewest@ya
**Subject:** Photo from Feb 5, 2011
**Sent:** Mon, Feb 14, 2011 2:42:37 PM

so cant really talk my mom making me smile for the pictures iv been lying like this for hours heeeeeeelp abuse lol

<IMG_2014.jpg>



Yoel Weiss <yoelsweiss@gmail.com>

## Fwd: Photo from Feb 5, 2011 saying how she loves it there
1 message

**Rivky Weiss** <yoelsweiss@gmail.com>
To: "smichelakou@aol.com" <smichelakou@aol.com>, jrberke@aol.com, yoelsweiss@gmail.com

Begin forwarded message:

**From:** Rivky Weiss <rykiels@gmail.com>
**Subject: Re: Photo from Feb 5, 2011**
**Date:** February 14, 2011 at 11:22:27 AM EST
**To:** Malka Adina Scherman <madonnas18@gmail.com>

yea omg i looooooooooooooooooove it here i have my sis n law and her fam who im so close to and friends and i live n center of town so great for my kids they have a free communiti
kids play while we shmooze i looooooooove it
On Feb 14, 2011, at 10:02 AM, Malka Adina Scherman wrote:

she is adorable!!!!!! hello i heard u moved to toronto!!! how is it??????????

On Mon, Feb 14, 2011 at 9:42 AM, Rivky Weiss <rykiels@gmail.com> wrote:

so cant really talk my mom making me smile for the pictures iv been tying like this for hours heeeeeeelp abuse lol

<IMG_2014.jpg>